**Packard LaPray**
1240 Orleans
Beaumont, Texas 77701

Phone: (409) 832-2300
Bar Number: 15402590

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| IN RE: | **Antonio Ortiz** | § | CASE NO | **15-10208** |
| --- | --- | --- | --- | --- |
|  | xxx-xx-6051 | § |  |  |
|  | **Theresa E Ortiz** | § | CHAPTER | **13** |
|  | xxx-xx-7408 | § |  |  |
|  | *Debtor(s)* | § |  |  |

## MODIFIED CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:

    COME NOW, Antonio Ortiz and Theresa E Ortiz, Debtors herein, and propose the following plan under Chapter 13 of the Bankruptcy Code:

**1.** The debts of DEBTOR(S) duly proved and allowed shall be paid to the holder thereof in accordance with the provisions of Chapter 13 of the Bankruptcy Code and this Plan.

**2.** The future earnings of DEBTOR(S) are submitted to the supervision and control of this Court, and DEBTOR(S) shall pay to the TRUSTEE a VARIABLE amount each month. Please refer to EXHIBIT "B" for a VARIABLE payment schedule. Payments shall commence on __May 23, 2015__ and shall continue at the intervals and in the amounts indicated on EXHIBIT "B".

**3.** From the payments received, the TRUSTEE will make disbursements in the following order:

**(a). Administrative Expenses:** The TRUSTEE shall FIRST pay the expenses as prescribed by the Court, for administration of this plan.

| Name of Creditor | Type | Amount | Interest Rate | Monthly Payment | Term | Total Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Packard LaPray | Attorney Fees | $2,909.00 | 0% | First Funds |  | $2,909.00 |

**(b). Priority Claims:** All Claims entitled to priority under Section 507 of the Bankruptcy Code will be paid as follows:

| Name of Creditor | Claim Amount | Amount Entitled To Priority | Interest Rate | Monthly Payment | Term | Total Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Comptrolller of Public Account | $673.14 | $599.92 | 0% | $10.00 | 1-60 | $599.92 |

**(c). Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed will be treated as follows:

    **(1).** Pursuant to 11 U.S.C. § 1325(a)(5)(B)(i) the holder of any allowed secured claim shall retain its lien securing the underlying debt until the earlier of the payment of the underlying debt as determined under nonbankruptcy law or the debtor(s) obtain a discharge under Section 1328 of the Bankruptcy Code.

    **(2). Payment of Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed, will be paid as follows:

| Name of Creditor | Amount Claimed | Principal Amt | Interest Rate | Monthly | Term | Estimated |
| Collateral | Value of Collat. | to Be Paid |  | Payment |  | Total Paid |
| --- | --- | --- | --- | --- | --- | --- |
| 21st Mortgage | $34,567.71 | $34,567.71 | 5% | $679.10 | 1-60 | $40,745.74 |
| Double-Wide Home (Width 28 X Length 44) | $41,300.00 |  |  |  |  |  |
| Credit Acceptance | $8,240.17 | $8,240.17 | 5% | $200.51 | 1-45 | $9,022.80 |
| 2001 Dodge 1500 | $4,237.50 |  |  |  |  |  |
| Santander Consumer USA | $22,169.00 | $22,169.00 | 5% | $539.44 | 1-45 | $24,274.70 |
| 2014 Hyundai Sonata | $17,025.00 |  |  |  |  |  |

*\* Variable payments are scheduled, please see Pro Forma, if attached.*

(H) **Antonio Ortiz**  
(W) **Theresa E Ortiz**  
(C#) **15-10208**

**MODIFIED CHAPTER 13 PLAN**

*Page 2*

**(3). Void Lien:** The secured creditors listed below hold a non-purchase money, non-possessory security interest on Debtor(s) exempt property. Their lien will be voided pursuant to 11 U.S.C. § 522(f) and their claim treated as unsecured and paid pursuant to paragraph (e) below:

| Name of Creditor | Collateral Description | Amount of Claim |
|---|---|---|

**(d). Special Class:** The following specially classified claims shall be paid as follows:

| Name of Creditor | Claim Amount | Principal Amt. To Be Paid | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|

**(e). Unsecured Claims:** Unsecured claims will be paid pro rata by the TRUSTEE after payment of the aforementioned categories, to creditors who have duly and timely filed and proved their claim, with the same having been allowed by the Court, with such payments or dividends to be paid in lieu of the debt and in satisfaction of the debts of such creditors.

**(f).** No interest, penalty or additional charge shall be allowed on any account subsequent to the filing of the petition herein, except that interest shall be allowed on claims to fully secured creditors in accordance with 11 U.S.C. § 506(b).

**4.** DEBTOR(S) shall pay direct the following debts outside the Plan:

| Name of Creditor | Collateral Description | Monthly Amount | Balance |
|---|---|---|---|
| Martin Robert Franzen | Homestead land | $439.70 | $36,250.05 |

**5.** The following secured claims are not dealt with in the DEBTOR(S)' plan, therefore, upon confirmation of the DEBTOR(S)' Chapter 13 Plan, the automatic stay provisions of 11 U.S.C. § 362 will be terminated and annulled with respect to each of the following claims:

| Name of Creditor | Collateral Description | Claim | Value | Deficiency |
|---|---|---|---|---|

The automatic stay provisions of 11 U.S.C. Sec. 362 remain in effect as to DEBTOR(S).  
The remaining portion of the debt (deficiency), if any, shall be treated as any other general unsecured claim under this plan.

**6.** All executory contracts of the DEBTOR(S) will be assumed unless specifically rejected herein. The following executory contracts and/or leases are ASSUMED or REJECTED as indicated below:

| Name of Creditor | Contract is Assumed/Rejected |
|---|---|

**7.** Upon confirmation of this plan, title of the property of the estate shall vest in DEBTOR(S).

**8.** The Court may, from time to time, during the period of the plan, extend, increase or reduce the amount of any of the installments provided for by the plan, or extend or shorten the time for any such payments where it shall be made to appear, after such hearing, upon such notice as the Court may designate, that the circumstances of DEBTOR(S) so warrant or so require; provided, however, that nothing in this plan shall be construed to prevent the granting of a discharge of DEBTOR(S) as provided in 11 U.S.C. § 1328.

**9. Post-Confirmation Cure or Waiver of Default:**  
Any default of the DEBTOR'S post-confirmation plan payments may only be WAIVED by compliance with the provisions of 11 U.S.C. § 1329. Any default of post-confirmation plan payments may only be CURED by permission of the Standing Chapter 13 Trustee and compliance with such conditions as the TRUSTEE may impose.

**10. Post-Petition Claims:**  
The DEBTOR(S) will not incur any post-petition consumer debt except after notice to creditors and approval by the Court or the Standing Chapter 13 Trustee. Post-petition claims will be allowed only as specified in 11 U.S.C. § 1305.

*\* Variable payments are scheduled, please see Pro Forma, if attached.*

(H) **Antonio Ortiz**
(W) **Theresa E Ortiz**
(C#) **15-10208**

<u>**MODIFIED CHAPTER 13 PLAN**</u>

*Page 3*

# Additional Provisions of the Plan

### IRS Returns and Refunds

All future tax refunds which Debtor(s) receive during the term of the plan, starting with the tax refund, if any, to be received for the tax year 2015, in excess of $1,200, shall be turned over to the Trustee within ten (10) days of receipt of such and shall be added to the plan base. Whether or not a tax refund is due, Debtor(s) shall provide a copy of their tax return to the Trustee within ten (10) days of filing such during the term of the Plan.

### Timing of Collection of Trustee Fees

Notwithstanding any other provision in the Plan, the Trustee shall receive a fee as allowed pursuant to the provisions of 28 U.S.C. 586(e)(2) in the percentage amount as fixed by the United States Trustee.

### Litigation Proceeds

No settlement of any litigation prosecuted by the Debtor(s) shall be consummated without the consent of the Chapter 13 Trustee and, except as otherwise authorized by the Trustee, all funds received by the Debtor(s) or any approved special counsel shall be immediately tendered to the Chapter 13 Trustee for satisfaction of any authorized exemption claim, with the remainder of the funds added to the plan base.

### Partial Waiver of First Funds by Debtor's Counsel

Notwithstanding any provision to the contrary found in the plan or this Order, counsel for debtor waives first funds beginning on month seven (7) of this plan and continuing monthly thereafter, to the extent that such first fund payment would prevent the payment of $286.39 to Credit Acceptance Corporation.

### Reservation of Exemption Dispute (Comeaux order not signed)

The Trustee's Objection to the Debtor's Claims of Exemption currently pending before the Court is expressly preserved for future determination by the Court pursuant to 11 U.S.C. §1322(b)(11) and the confirmation of this Plan shall have no res judicata or collateral estoppel effect upon the determination of any issue in that pending contested matter nor preclude the subsequent modification of the confirmed plan based upon that determination.

DATED on this the __2nd__ day of __February__, __2016__.

**Packard LaPray**

 /s/ Steven S. Packard
**Steven S. Packard**
Bar Number: 15402590
1240 Orleans
Beaumont, Texas 77701

Phone: (409) 832-2300    Fax: (409) 833-8638

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:  **Antonio Ortiz**                                                CASE NO  **15-10208**
**Theresa E Ortiz**
*Debtor(s)*                                                              CHAPTER  **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/23/2015 | $1,053.00 | 21 | 01/23/2017 | $1,510.00 | 41 | 09/23/2018 | $1,510.00 |
| 2 | 06/23/2015 | $1,053.00 | 22 | 02/23/2017 | $1,510.00 | 42 | 10/23/2018 | $1,510.00 |
| 3 | 07/23/2015 | $1,053.00 | 23 | 03/23/2017 | $1,510.00 | 43 | 11/23/2018 | $1,510.00 |
| 4 | 08/23/2015 | $1,053.00 | 24 | 04/23/2017 | $1,510.00 | 44 | 12/23/2018 | $1,510.00 |
| 5 | 09/23/2015 | $1,053.00 | 25 | 05/23/2017 | $1,510.00 | 45 | 01/23/2019 | $1,510.00 |
| 6 | 10/23/2015 | $1,053.00 | 26 | 06/23/2017 | $1,510.00 | 46 | 02/23/2019 | $1,510.00 |
| 7 | 11/23/2015 | $1,053.00 | 27 | 07/23/2017 | $1,510.00 | 47 | 03/23/2019 | $1,510.00 |
| 8 | 12/23/2015 | $1,053.00 | 28 | 08/23/2017 | $1,510.00 | 48 | 04/23/2019 | $1,510.00 |
| 9 | 01/23/2016 | $1,053.00 | 29 | 09/23/2017 | $1,510.00 | 49 | 05/23/2019 | $1,510.00 |
| 10 | 02/23/2016 | $1,510.00 | 30 | 10/23/2017 | $1,510.00 | 50 | 06/23/2019 | $1,510.00 |
| 11 | 03/23/2016 | $1,510.00 | 31 | 11/23/2017 | $1,510.00 | 51 | 07/23/2019 | $1,510.00 |
| 12 | 04/23/2016 | $1,510.00 | 32 | 12/23/2017 | $1,510.00 | 52 | 08/23/2019 | $1,510.00 |
| 13 | 05/23/2016 | $1,510.00 | 33 | 01/23/2018 | $1,510.00 | 53 | 09/23/2019 | $1,510.00 |
| 14 | 06/23/2016 | $1,510.00 | 34 | 02/23/2018 | $1,510.00 | 54 | 10/23/2019 | $1,510.00 |
| 15 | 07/23/2016 | $1,510.00 | 35 | 03/23/2018 | $1,510.00 | 55 | 11/23/2019 | $1,510.00 |
| 16 | 08/23/2016 | $1,510.00 | 36 | 04/23/2018 | $1,510.00 | 56 | 12/23/2019 | $1,510.00 |
| 17 | 09/23/2016 | $1,510.00 | 37 | 05/23/2018 | $1,510.00 | 57 | 01/23/2020 | $1,510.00 |
| 18 | 10/23/2016 | $1,510.00 | 38 | 06/23/2018 | $1,510.00 | 58 | 02/23/2020 | $1,510.00 |
| 19 | 11/23/2016 | $1,510.00 | 39 | 07/23/2018 | $1,510.00 | 59 | 03/23/2020 | $1,510.00 |
| 20 | 12/23/2016 | $1,510.00 | 40 | 08/23/2018 | $1,510.00 | 60 | 04/23/2020 | $1,510.00 |